ACCEPTED
04-15-00465-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/7/2015 2:42:53 PM
KEITH HOTTLE
CLERK

IN THE COURT OF APPEALS
FOR THE FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/7/2015 2:42:53 PM
KEITH E. HOTTLE
Clerk

No. 04-15-00465-CV

---

ADOLFO MARTINEZ

v.

NOEL P. BENAVIDES, ET AL.

---

**DESIGNATION OF LEAD APPELLATE COUNSEL**

---

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Texas Rule of Appellate Procedure 6.1, Appellees Dr. Javier Tadeo Ramirez, Judith Christina R. Barrera, Maria Cecilia R. Benavides, Claudia Ramirez Mathers, Noel P. Benavides and Leticia R. Reyes file this Designation of Lead Appellate Counsel. The Lead Appellate Counsel for Appellees Dr. Javier Tadeo Ramirez, Judith Christina R. Barrera, Maria Cecilia R. Benavides, Claudia Ramirez Mathers, Noel P. Benavides and Leticia R. Reyes is:

Edmundo O. Ramirez
ELLIS, KOENEKE & RAMIREZ, L.L.P.
1101 Chicago Ave.
McAllen, Texas 78501
Telephone: 956-682-2440
Facsimile: 956-682-0820
State Bar No. 16501420

Respectfully submitted,

ELLIS, KOENEKE, RAMIREZ, L.L.P.
1101 Chicago Avenue
McAllen, Texas 78501
Telephone: 956-682-2440
Facsimile: 956-682-0820

By: _____
EDMUNDO O. RAMIREZ
State Bar No. 16501420
MINERVA I. ZAMORA
State Bar No. 24037765

**ATTORNEYS FOR APPELLEES'**
**DR. JAVIER TADEO RAMIREZ, JUDITH**
**CHRISTINA R. BARRERA, MARIA CECILIA**
**BENAVIDES. CLAUDIA RAMIREZ MATHERS,**
**NOEL P. BENAVIDES and LETICIA R. REYES**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has on August 7, 2015, to the following:

Margil Sanchez, Jr.
Attorney at Law
P.O. Box 297
Rio Grande City, Texas 78582
Via Facsimile: (956) 487-8491

M. Mario Garcia
Law Offices of M. Mario Garcia, P.C.
4907 S. Jackson Road
Edinburg, Texas 78539
Via Facsimile (956) 661-8026

Rene Orlando Garza
The Law Office of Rene Orlando Garza, PLLC
404 N. Britton Ave.
Rio Grande City, Texas 78582
Via Facsimile (956) 487-6336

Carmen Benavides Ramirez
Attorney at Law
4715 S. Jackson Rd.
Edinburg, Texas 78539
Via Facsimile (956) 683-7071

EDMUNDO O. RAMIREZ